JS-6

DAVID R. ZARO (BAR NO. 124334)
MICHAEL R. FARRELL (BAR NO. 173831)
FRANCIS N. SCOLLAN (BAR NO. 186262)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Seventh Floor
Los Angeles, California 90071-3398
Telephone: (213) 622-5555
Facsimile: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        mfarrell@allenmatkins.com
        fscollan@allenmatkins.com

Attorneys for Receiver
THOMAS A. SEAMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (SOUTHERN DIVISION)

| | |
|---|---|
| THOMAS A. SEAMAN, Federal Equity Receiver,<br><br>Plaintiff,<br><br>vs.<br><br>TEEM, LLC, a Nevada limited liability company; ANTHONY MACALUSO, an individual; ANTHONY MACALUSO and NICOLE MACALUSO as Trustees of the Macaluso Family Trust; and Does 1-100,<br><br>Defendants. | Case No. SACV10-1902 DOC (RNBx)<br><br>STIPULATED JUDGMENT  [27] |

Pursuant to the Stipulation for Judgment ("Stipulation") by TEEM, LLC, a Nevada limited liability company ("TEEM") and Anthony Macaluso ("Macaluso"), and good cause appearing therefor, the Court enters judgment against TEEM and Macaluso and in favor of Thomas A. Seaman ("Receiver") as court-appointed Federal Equity Receiver for Medical Capital Holdings, Inc., Medical Capital Corporation, Medical Provider Funding Corporation VI and their subsidiaries and affiliates in the action entitled *Securities and Exchange Commission v. Medical*

*Capital Holdings, Inc. et al.*, Case No. SA CV 09-0818 DOC (RNBx), as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Judgment is entered in favor of the Receiver and against TEEM and Macaluso, jointly and severally, in the amount of $10,405,000.00.

2. Execution on this judgment may issue immediately notwithstanding the provisions of FRCP Rule 62.

3. Judgment to bear interest at the judgment rate.

Dated: December 19, 2013

*David O. Carter*
Hon. David O. Carter
Judge, United States District Court