1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   CENTRAL DISTRICT OF CALIFORNIA
10  (SOUTHERN DIVISION)
11

| | |
|---|---|
| THOMAS A. SEAMAN, Federal Equity Receiver,<br><br>    Plaintiff,<br><br>vs.<br><br>TEEM, LLC, a Nevada limited liability company; ANTHONY MACALUSO, an individual; ANTHONY MACALUSO and NICOLE MACALUSO as Trustees of the Macaluso Family Trust; and Does 1-100,<br><br>    Defendants. | CASE NO.: SACV10-1902-DOC (RNBx)<br>(8:10-cv-01902-DOC-RNB)<br><br>RENEWAL OF JUDGMENT |

    Having considered assignee of record's E.D.S. Financial Services, Inc. ("EDS"), application to renew the December 19, 2013 judgment entered in favor of plaintiff and assignor Thomas A. Seaman, a Federal Equity Receiver ("Judgment Creditor") and against defendants Teem, LLC, a Nevada limited liability company ("TEEM") and Anthony Macaluso, an individual ("Macaluso"), jointly and

severally, (collectively the "Judgment Debtors"), in the amount of $10,405,000.00 plus interest at the judgment rate, and good cause appearing, it is hereby:

ORDERED, ADJUDGED AND DECREED that the Judgment entered in favor of plaintiff Thomas A. Seaman, Federal Equity Receiver ("Judgment Creditor") and against defendants TEEM, LLC, a Nevada limited liability company, and Anthony Macaluso, an individual, jointly and severally, (collectively the "Judgment Debtors") is renewed as follows:

|  | Total Judgment | Total Interest |
|---|---|---|
| Principal Due per Judgment | $10,405,000.00 | |
| Interest on $10,405,000.00 at 10% from date of filing the Judgment through the date of filing the Order Authorizing Sale 12/13/2013 through 10/29/2015 | | $1,936,090.18 |
| Sub-Totals: | $10,405,000.00 | $1,936,090.18 |
| Interest on $10,405,000.00 at 10% from date of filing the Order Authorizing Sale through the date of the Application for Renewal 10/29/2015 through 6/20/2023 | | $7,953,173.27 |
| Sub-Totals: | $10,405,000.00 | $9,889,263.45 |
| **TOTAL RENEWED JUDGMENT:** | **$20,294,263.40** | |

/ / /

/ / /

/ / /

IT IS SO ORDERED.

DATED this 14th day of July, 2023.

_____
DISTRICT JUDGE

Respectfully submitted by:


//Jeffery J. Czech//
_____
JEFFERY J. CZECH
CZECH & HOWELL, APC
2400 E. Katella Avenue, Suite370
Anaheim, CA 92806
(714) 522-5553
Attorneys for Assignee of Record
E.D.S. Financial Services, Inc.